No. 04–888. BURTON ET AL. *v.* RICHMOND ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–892. RHOADS *v.* BOARD OF TRUSTEES OF THE CITY OF CALUMET CITY POLICEMEN'S PENSION FUND. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 04–897. UNITED STEELWORKERS OF AMERICA, AFL–CIO, CLC *v.* PENSION BENEFIT GUARANTY CORPORATION. C. A. 6th Cir. Certiorari denied.

No. 04–898. BARCLAY ET AL. *v.* BANK OF NEW YORK. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 04–902. MURPHY *v.* METROPOLITAN TRANSIT AUTHORITY. C. A. 5th Cir. Certiorari denied.

No. 04–906. ZIMMER *v.* SOUTHWESTERN BELL TELEPHONE CO. C. A. 5th Cir. Certiorari denied.

No. 04–911. KEYSTONE LAND & DEVELOPMENT CO. *v.* XEROX CORP. C. A. 9th Cir. Certiorari denied.

No. 04–921. BICYCLE COMPONENTS EXPRESS, INC., DBA SOLEUS *v.* BRUNSWICK CORP. ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 04–927. BROUSSARD *v.* CITGO PETROLEUM CORP. C. A. 5th Cir. Certiorari denied.

No. 04–931. SAMODUMOVA *v.* GONZALES, ATTORNEY GENERAL; and SAMODUMOV ET AL. *v.* GONZALES, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 04–936. NIBCO, INC. *v.* RIVERA ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–940. ILLINOIS *v.* TORRES. App. Ct. Ill., 1st Dist. Certiorari denied.